IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES THURMAN, ET AL                                     PLAINTIFFS

VS.                                                      NO. 3:04CV763WS

DANIEL CLARK AND COASTAL TRANSPORT, INC.                 DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion *ore tenus* of the parties to dismiss the Complaint, Amended Complaint, and the cause of action filed against the Defendants with prejudice, and this Court, having been advised that this cause has been fully compromised and settled, is of the opinion that said motion is well taken and should be and is hereby granted.

It is therefore ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice with each party to bear their own costs and expenses, including attorney's fees.

It is further ORDERED that any outstanding motions are hereby dismissed as moot.

ORDERED AND ADJUDGED, this the 23rd day of May, 2006.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/ W. Joseph Kerley
W. JOSEPH KERLEY
ATTORNEY FOR PLAINTIFFS

s/Richard M. Dye
RICHARD M. DYE
ATTORNEY FOR DEFENDANTS